F I L E D

10/18/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0545



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0545

LINDSAY B. GOUDREAU,

      Petitioner, Appellee and
Cross-Appellant,

      v.

JEFFREY A. GOUDREAU,

      Respondent and Appellant.

<u>SECOND</u>
ORDER OF MEDIATOR APPOINTMENT

      This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c), Therese Fox Hash was appointed as mediator on October 13, 2022. She has since declined the appointment due to a conflict of interest.

      IT IS ORDERED THAT the appointment of Ms. Hash is rescinded and **Peter Francis Carroll,** whose name appears next on the list of attorneys desiring appointment as mediators for Domestic Relations appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

      IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

      A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

      DATED this October 18, 2022.

.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:       Penni L. Chisholm, David F. Stufft, Peter Francis Carroll, Therese Fox Hash